IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID BOURGEOIS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-3476 |
| | § | |
| GLENN SCHAFFER, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER ON DISMISSAL

Plaintiff David Bourgeois, a state inmate proceeding *pro se* and impliedly *in forma pauperis*, filed this complaint under 42 U.S.C. § 1983, complaining that prison officer Glenn Schaffer refuses to provide him with extra legal supplies. The Court notes that plaintiff is pursuing this same claim against the same defendant in *Bourgeois v. Schaffer*, C.A. No. 06-cv-3255 (S.D. Tex. 2006), currently pending before the Court.

Accordingly, this lawsuit is **DISMISSED AS DUPLICATIVE**. Any and all pending motions are **DENIED AS MOOT**.

The Clerk will provide copies of this order to the parties.

Signed at Houston, Texas on November 13, 2006.

Gray H. Miller
United States District Judge